IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DIONICIO JACINTO CHAVEZ RAYMUNDO,

Petitioner,

vs.

WARDEN, McCook Detention Center; MARKWAYNE MULLIN, Department of Homeland Security Secretary; and TODD W. BLANCHE, Acting Attorney General;

Respondents.

**8:26CV345**

**ORDER**

This matter comes before the Court on its own motion. Respondents have filed their brief and index in opposition to Petitioner's Petition for Writ of Habeas Corpus. Filing No. 7; Filing No. 9. Respondents contend that Petitioner was previously issued an immigration bond but it was cancelled on November 25, 2025, following his second conviction for driving under the influence. Filing No. 9 at 5. Accordingly,

IT IS ORDERED

1) On or before **August 4, 2026**, Respondents shall file a supplemental brief addressing their legal authority to cancel Petitioner's bond. In particular, Respondents are ordered to address the legality of Petitioner's ongoing detention under the framework of 8 U.S.C. § 1226 (the provision under which his bond was issued) rather than 8 U.S.C. § 1225(b)(2)(A).

2) On or before **August 4, 2026**, Respondents shall file a supplemental index containing a copy of the notice of cancellation of Petitioner's bond dated November 25, 2025, and any other documents in their possession related to the cancellation of said bond.

3) In either their supplemental brief or supplemental index, Respondents shall include an update on the status of Petitioner's BIA appeal.

4) The Clerk of Court shall set a case management deadline for **August 4, 2026**: check for Respondents' supplemental filings.

Dated this 29th day of July, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge